**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>YVONNE W. ROSMARIN</u><br>    Plaintiff | |
| V. | CIVIL ACTION |
| <u>BANK OF AMERICA  </u><br>    Defendant | NO. <u>  04CV10107-RWZ  </u> |

<u>ORDER OF DISMISSAL</u>

<u>ZOBEL, D. J.</u>

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on <u>  2/4/05  </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>  2/24/05  </u>                    <u>  s/ Lisa A. Urso  </u>
    Date                             Deputy Clerk

(Dismiss LR41ord.wpd - 12/98)                              [odismr41.]